IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
OCT 1 5 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| STRATFOR ENTERPRISES, LLC AND STRATEGIC FORECASTING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID STERLING AND STERLING & STERLING, INC., <br><br> Defendants. | CIVIL ACTION NO. 1:12-CV-00125-SS |

## ORDER ON AGREED MOTION TO DISMISS WITH PREJUDICE

CAME ON TO BE CONSIDERED, the Parties' Agreed Motion to Dismiss with Prejudice, and the Court, having duly considered the Motion and the arguments of counsel, is of the opinion the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the above-entitled and numbered cause is DISMISSED WITH PREJUDICE, and that all costs herein incurred be taxed to the party incurring same.

SIGNED this 15th day of October, 2012.

_____
JUDGE PRESIDING